# EXHIBIT B

ROA Report

Case: CV-2009-0007028-C  Current Judge: A. Lynne Krogh

Helen O Freeman vs. Dan L Watt DDS, etal.

Helen O Freeman vs. Dan L Watt DDS, Henry Babichenko, Canyon Dental

| Date | Code | User | | Judge |
|---|---|---|---|---|
| 7/7/2009 | MOTN | LEPPERT | Motion for Fee Waiver | Court Clerks Magistrate (999) |
| 7/9/2009 | ORDR | LEPPERT | Order Granting Motion for Fee Waiver | Court Clerks Magistrate (999) |
| 7/10/2009 | NCSC | LEPPERT | New Case Filed-Small Claims | Court Clerks Magistrate (999) |
| | SMIS | LEPPERT | Summons Issued | Court Clerks Magistrate (999) |
| | | LEPPERT | Filing: C- Small Claims  Paid by: Freeman, Helen O (plaintiff) Receipt number: 0402943 Dated: 7/10/2009 Amount: $.00 (Cash) For: Freeman, Helen O (plaintiff) | Court Clerks Magistrate (999) |
| | | TDAVILA | Miscellaneous Payment: Registered Mail Fee Paid by: Freeman, Helen O Receipt number: 0403015 Dated: 7/10/2009 Amount: $9.64 (Cash) | Court Clerks Magistrate (999) |
| 7/20/2009 | CERTSRV | LEPPERT | Certificate of Service 7/17 to Gennady Babichenko | Court Clerks Magistrate (999) |
| | SHRT | LEPPERT | Sheriffs Return 7/16 to Dan Watts | Court Clerks Magistrate (999) |
| 8/3/2009 | ANSW | TDAVILA | Answer from D. Watt ODS | Court Clerks Magistrate (999) |
| 8/4/2009 | CHJG | LEPPERT | Change Assigned Judge | A. Lynne Krogh |
| | HRSC | LEPPERT | Hearing Scheduled (Small Claim Hearing 09/10/2009 03:30 PM) & notice mailed | A. Lynne Krogh |

Name: **Helen O. Freeman**
Address: _____

_____

Phone: _____

Circle One: **Plaintiff** or Defendant or Petitioner or Respondent or Other _____

FILED
___A.M.___P.M.
JUL -7 2009
CANYON COUNTY CLERK
E. LEPPERT, DEPUTY

# IN THE DISTRICT COURT OF THE THIRD JUDICIAL DISTRICT
## OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF CANYON

**Helen O. Freeman**,

_____,

vs. **Dan Lo Watts, D.D.S.**
**Henry Babichenko, Denturist**
**Gennady Babichenko, Reg. Agent**

_____

CASE NO. **CV2009-7028**

VERIFIED APPLICATION FOR WAIVER OF FILING FEES IN CIVIL PROCEEDINGS

COMES NOW THE **Plaintiff Helen O. Freeman** WHO APPLIES AS FOLLOWS:

1. The applicant seeks permission under Rule 10(a)(6) of the Idaho Rules of Civil Procedure to file documents in the above-entitled pending matter without the requirement of paying any filing fees.

2. The reason for this application is because the applicant is without the necessary funds to pay any filing fees in the above-entitled pending matter at this time.

VERIFIED APPLICATION FOR WAIVER OF FILING FEES IN CIVIL PROCEEDINGS-1

3. In support of this application, the applicant provides the following information to the court about the applicant's living costs, including the support of any minor children:

| ITEM | COST PER MONTH |
|---|---|
| a. Housing | $ |
| b. Food | $ |
| c. Utilities | $ |
| d. Medical/Dental/Eye Care | $ |
| e. Day Care | $ |
| f. Transportation | $ |
| g. Clothing | $ |
| h. Other debt requirements: | |
| (1) *INSURANCE: VEHICLE HOMEOWNERS* | $ |
| (2) *TELEPHONE* | $ |
| (3) *PRESCRIPTIONS* | $ |
| (4) *IRRIGATION FEES* | $ |
| (5) *Lolo D* | $ |
| (6) | $ |
| (7) | $ |

*Total Monthly + Additional Annual Medical/Dental*

TOTAL OF ALL EXPENSES LISTED: $

VERIFIED APPLICATION FOR WAIVER OF FILING FEES IN
CIVIL PROCEEDINGS-2

4. The applicant is obligated to pay the full amount, each month, for the expenses listed above.

5. The sum total of all income from every source available to the applicant including but not limited to wages, salary, commission, bonuses, self-employment, rent, royalties, trade or business income, interest, dividends, unemployment benefits, pensions, annuities, social security, worker's compensation, veteran's benefit, public assistance, welfare benefits, alimony, grants, school loans, stocks, bonds, lottery winnings, gifts, and all distributions from any trusts, is $ _____.

DATED THIS 7th day of July, 20 09.

_____
Applicant

I am the:

Circle one: (Plaintiff) or Defendant or Petitioner or Respondent or Other _____

VERIFIED APPLICATION FOR WAIVER OF FILING FEES IN
CIVIL PROCEEDINGS-3

STATE OF IDAHO        )
                      ):ss
COUNTY OF Canyon )

I, __HELEN O. FREEMAN__, upon being duly sworn does hereby state and affirm that I am the __PLAINTIFF__ in this action and I am requesting a waiver of all filing fees in the above entitled action which will be/ is filed in the Third Judicial District of the State of Idaho.

I further state and affirm that I have read the forgoing, VERIFIED APPLICATION FOR WAIVER OF FILING FEES IN CIVIL PROCEEDINGS and I have personal knowledge that facts stated within are true and correct to the best of my knowledge.

DATED this 7th day of __July__, 20_09_.

_____
Signature of Applicant

SUBSCRIBED AND SWORN to before me on this 7 day of __July__, 20_09_.

_____
Notary Public for Idaho
Residing at: Caldwell Id
My Commission Expires: 3/22/14

[Notary Seal: EILEEN LEPPERT, NOTARY PUBLIC, STATE OF IDAHO]

VERIFIED APPLICATION FOR WAIVER OF FILING FEES IN
CIVIL PROCEEDINGS-4

Your Benefit Amount

We are writing to tell you that your Social Security benefits will increase by 5.8 percent in 2009. Please

# Your New Benefit Amount

195923

BENEFICIARY'S NAME: HELEN O FREEMAN

Your Social Security benefits will increase by 5.8 percent in 2009 because of a rise in the cost of living. You can use this letter when you need proof of your benefit amount to receive food stamps, rent subsidies, energy assistance, bank loans, or for other business.

## How Much Will I Get And When?
- Your new monthly amount (before deductions) is
- The amount we are deducting for Medicare medical insurance is
  (If you did not have Medicare as of Nov. 20, 2008,
  or if someone else pays your premium, we show $0.00.)
- The amount we are deducting for your Medicare prescription drug plan is
  (If you did not elect withholding as of Nov. 1, 2008, we show $0.00.)
- The amount we are deducting for voluntary federal tax withholding is
  (If you did not elect voluntary federal tax withholding as of
  Nov. 20, 2008, we show $0.00.)
- After taking any other deductions, we will deposit
  into your bank account on Jan. 2, 2009.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. We would be happy to review the amounts.

## What If I Have Questions?

Visit our website at *www.socialsecurity.gov* for information and a variety of online services. You can also call **1-800-772-1213** and speak to a representative from 7 a.m. until 7 p.m. Monday through Friday. Recorded information and services are available 24 hours a day. Our lines are busiest early in the week and early in the month; it is best to call at other times. If you are deaf or hard of hearing, call our TTY number, **1-800-325-0778.** If you are outside the United States, you can contact any U.S. embassy or consulate office, or the Veterans Affairs Regional Office in Manila. Please have your Social Security claim number available when you call or visit and include it on any letter you send to Social Security. If you are inside the United States, and need assistance of any kind, you also can visit your local office.

1118 SOUTH KIMBALL AVE
CALDWELL ID

BNC#:

Over ➢

195923

FILED
____ A.M. ____ P.M.

IN THE DISTRICT COURT OF THE THIRD JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF CANYON

JUL - 9 2009
CANYON COUNTY CLERK
E. LEPPERT, DEPUTY

HELEN O. FREEMAN, ) CASE NO. CV 2009-7028
)
) ORDER REGARDING APPLICATION
) FOR WAIVER OF FEES IN CIVIL
) PROCEEDINGS
)
vs. DAN L. WATT, D.D.S. )
HENRY BABICHENKO, DENTURIST )
GENNADY BABICHENKO, (Reg. Agent) )

THIS IS AN ACTION FOR __Small Claims__. The person requesting a waiver of fees has filed a verified application for waiver of fees in a civil proceeding. The court has reviewed that application.

THEREFORE, IT IS HEREBY ORDERED THAT:

( ) This request is DENIED.

(✓) This court finds good cause to waive the fees in this case in accordance with rule 10 (a)(6) of the Idaho Rules of Civil Procedure and the clerk will allow the __plaintiff__ to file documents in this action without first paying the filing fee prescribed by Appendix "A" of the Idaho Rules of Civil Procedure.

DATED this 9th day of July, 2009

_____
Judge

ORDER REGARDING APPLICATION FOR WAIVER OF FEES IN CIVIL PROCEEDINGS

THIRD JUDICIAL DISTRICT, STATE OF IDAHO  
CANYON COUNTY  
SMALL CLAIMS DEPARTMENT

FILED 7/7/9 AT 1:34 pm  
CLERK OF THE DISTRICT COURT  
BY _____ DEPUTY

## USE BLACK INK

CLAIM NO. CV 2009-7028

**CLAIM**     Filing Fee: $35.00

Si usted necesita ayuda para leer el formulario llama 454-7455. Por favor de avisarnos antes de la fecha de su corte si usted o demandado va a necesitar un Interprete en la corte lo mas pronto posible. 454-6679.

**Plaintiff's Name:** Helen O. Freeman

**Plaintiff's Name:** _____

**Defendant's Name:** Dan L. Watt, D.D.S.

If Known Defendant's Date of Birth: _____

**Defendant's Name:** Henry Babichenko, Denturist  
~~Gene Gemirson Babichenko~~

If Known, Defendant's Date of Birth: _____

### 1. If you are seeking a judgment for money, fill out this portion.

AMOUNT OF CLAIM: _Thous_ (not including filing and service fees)  
DATE CLAIM AROSE: July 25, 2005 - 01/09 Thurs (month and year)  
BASIS FOR YOUR CLAIM: Lower partial plate poorly structured, and Relined Upper Denture. After many attempts to solve, this problem remains. Denture way out of line, teeth too large, etc.

### 2. If you are seeking a judgment for the return of property, fill out this portion.

PERSONAL PROPERTY: I am the owner, or I am entitled to possess, the following personal property, which is being held by the defendant (specifically describe the property):

VALUE OF THE PROPERTY: $_____

Service of process by certified mail requested: ___Yes ___No  
(You will **not** be notified if defendant refuses certified mail or if service was not completed correctly. Phone **454-7577** three weeks after filing to verify acceptance of certified mail by defendant.)

**BY SIGNING THIS CLAIM, THE PLAINTIFF VERIFIES THAT** 1) the plaintiff is the true owner of the claim, 2) the defendant resides in Canyon County or the claim arose in Canyon County, and 3) the information above is true and correct to the plaintiff's best knowledge.

Plaintiff's Signature: Helen O. Freeman

Subscribed and sworn to before me 7/7/9  
Deputy Clerk or Notary Public  
If Notary, my commission expires: _____

1/2008

THIRD JUDICIAL DISTRICT, STATE OF IDAHO  FILED 7/7/9 AT 1:34 pm
CANYON COUNTY  WILLIAM H HURST
SMALL CLAIMS DEPARTMENT  CLERK OF THE DISTRICT COURT
BY _____ DEPUTY

_Helen O Freeman_

_____
PLAINTIFF(S)

CASE NO. CV 2009-7028

vs. _Dan L. Watt, D.D.S._
_Henry Basichenko Denturist_
_Gennady Basichenko (Reg. Agent)_
DEFENDANT(S)

**SUMMONS**

*Si usted necesita ayuda para leer el formulario llama 454-7455 o 454-6679. Por favor de avisarnos antes de la fecha de su corte si usted van a necesitar interprete en la corte lo mas pronto possible.*

TO THE DEFENDANT(S):

YOU ARE NOTIFIED that a claim has been filed against you. The plaintiff(s) who filed the claim, the court with which the claim is filed, and the case number assigned to your case are listed above.

1. IF YOU **AGREE** WITH THE CLAIM, **AND DO NOT WISH TO CONTEST IT:** *you do not need to take any action.* The court may enter a default judgment against you, for what the plaintiff asks in the claim, plus the plaintiff's costs for filing the claim and serving you with notice of the claim. You will not be notified of hearing, but you will receive a copy of the court's ruling; please be sure the court has your correct name and address. You may contact the plaintiff, pay the debt, or otherwise try to resolve the claim at any time before the court enters a judgment.

2. IF YOU **DISAGREE** WITH THE CLAIM, **AND YOU WANT TO CONTEST IT:** you must file an answer with the court, using the attached ANSWER form, within 20 days from the date you received this summons. Mail or bring your answer to: **Small Claims Office, 1115 Albany, Caldwell, ID 83605.** After you file an answer you will be mailed a notice with the date and time of a hearing when the judge will hear your case. If the court clerk does not receive your answer within 20 days, the court may enter a default judgment against you as described above.

If you do not want a hearing, do not file an answer.

You should also have received an information sheet called "INFORMATION FOR DEFENDANTS IN SMALL CLAIMS CASES" along with this summons. A more detailed booklet, which will take you step-by-step through the small claims court process, is available upon request from the Small Claims Clerk. This booklet has important information that will help you prepare for your hearing. Contact the clerk at (208) 454-7577.

WILLIAM H HURST,
CLERK OF THE DISTRICT COURT

7/7/9                                    by _____
Date                                          Deputy

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com

7179 1000 1644 0031 9249

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | 0.44 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.80 | |
| Restricted Delivery Fee (Endorsement Required) | 2.30 | |
| | 4.50 | |
| Total Postage & Fees | $ 10.04 | |

Sent To: **GENNADY BABICHENKO**
**HENRY BABICHENKO DENTURIST**
Street, Apt. No.; or PO Box No. **503 SW 5TH**
City, State, Zip+4 **MERIDIAN, ID 83642**

PS Form 3800, August 2006    See Reverse for Instructions

Article #: 7179 1000 1644 0031 9249
Date/Time: 7/10/2009  3:35:13PM

File: CV 2009-7028
Internal File #:
Internal Code #:

File: CV 2009-70

---

**2. Article Number**

7179 1000 1644 0031 9249

1. Article Addressed to:

**GENNADY BABICHENKO**
**HENRY BABICHENKO DENTURIST**
**503 SW 5TH**
**MERIDIAN, ID 83642**

File: CV 2009-7028

PS Form 3811          Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signed)_     ☐ Agent  ☒ Addressee

B. Received by (Printed Name): Gennady Babichenko
C. Date of Delivery: 7-17-09

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES enter delivery address below:

ID V8
RESTRICTED DELIVERY

FILED
A.M. 12:30 P.M.
JUL 20 2009
CANYON COUNTY CLERK
E. LEPPERT, DEPUTY

3. Service Type: ☒ Certified
4. Restricted Delivery? (Extra Fee) ☒ Yes

**FILED**
A.M. _____ P.M.
JUL 20 2009
CANYON COUNTY CLERK
E. LEPPERT, DEPUTY

IN THE DISTRICT COURT OF THE THIRD JUDICIAL DISTRICT OF THE
STATE OF IDAHO, IN AND FOR THE COUNTY OF CANYON
MAGISTRATE DIVISION

FREEMAN, HELEN O )  CASE NO: CV20097028
) 
) RETURN OF SERVICE
Plaintiff, )
)
vs. )
)
WATT, DAN L DDS ) Docket Number: 09005427
BABICHENKO, HENRY-DENTURIST )
BABICHENKO, GENNADY-REG AGENT )
)
Defendant. )

I HEREBY CERTIFY THAT (check only one):

☑ I served the attached SMALL CLAIMS SUMMONS, Answer, Claim & Info for Defendant on WATTS, DAN L DDS at (location)* _____ on the 16 day of July, 2009, at 1350 o'clock P.M. by the method shown below:

☑ Personal service

o Sub served WATTS, DAN L, DDS by serving _____ who is over 18 YOA, and residing at their usual abode as (LISTED ABOVE)*

o Other _____

o I am unable to serve a SMALL CLAIMS SUMMONS upon WATTS, DAN L, DDS
I have attempted to serve SMALL CLAIMS SUMMONS upon such person on the following dates:

_____  _____  _____

CHRIS SMITH
SHERIFF of CANYON COUNTY, IDAHO

BY _____ 5277 CCSD
DEPUTY

Sheriff fees    $40.00

HELEN O FREEMAN

ORIGINAL

7-10
3:30
K

THIRD JUDICIAL DISTRICT, STATE OF IDAHO
CANYON COUNTY
SMALL CLAIMS DEPARTMENT

FILED 8/3/2009 AT 3:42 pm
Clerk of the District Court
BY _____ Deputy

HELON FREEMAN
_____
PLAINTIFF(S)

vs.

DAN L WATT DDS
_____
DEFENDANT(S)

CASE NO. CV2009-7028

**ANSWER**

NO FILING FEE
FILE ONLY IF YOU WANT A HEARING

**USE BLACK INK**

Si usted necesita ayuda para leer el formulario llama 454-7465. Por favor de avisarnos antes de la fecha de su corte si usted va a necesitar un interprete in la corte lo mas pronto possible. 454-7577 o 454-7335

1. If your name is not spelled correctly on the plaintiffs's Claim, or if your address or phone number are not correct, or are omitted on the CLAIM, fill out this portion.

_____
Defendant's Name    Doing Business As or Agent    Address    City    State    Zip    Phone

2. If the plaintiff's claim asks for a judgment for money, fill out this portion.
Do you agree that you owe money to the plaintiff? ___ Yes  ✓ No
If yes, how much do you agree that you owe? $_____
If you believe that you do not owe the plaintiff the amount claimed, or any money, state briefly why you do not owe the money: See ATTACHED LETTER. DENTURE MADE IN 2005. PATIENTS Ridges have CHANGED AND Reline ATTEMPTS could Not CORRECT.

3. If the plaintiff's claim seeks the return of personal property, fill out this portion.
Do you agree with the part of the plaintiff's claim asking for the return of personal property? ___ Yes ___ No
If not, state briefly why not. _____

BY SIGNING THIS ANSWER, THE DEFENDANT VERIFIES THAT the information above is true and correct to the defendant's best knowledge.

_____
Defendant's Signature

Subscribed and sworn to before me 8-24-2009  Bobbi J. Gamel
                                    Date         Deputy Clerk or Notary Public
                                                 If Notary, my commission expires: 6-30-2012

[Notary seal: BOBBI J. GAMEL, NOTARY, STATE OF IDAHO]

Answer – Canyon Co.
Small Claim Form
9/04

Mail or bring answer to
Small Claims, 1115 Albany, Caldwell, ID 83605



Dan L. Watt, D.D.S.

Helen Freeman

Dear, Ms. Freeman,

I received your letter addressing your concerns and frustration. It was never my intention to "take your money" and not try to correct the situation. The last series of visits with me were strictly limited to trying to help make you denture fit better. They were not scheduled as exams to check the rest of your teeth, so neither of us was aware of the root decay on your lower right tooth. I did patch one obvious area on tooth #21Since your dentures were constructed starting 08/17/05, I was never aware that you were not pleased with the shade or shape of the denture teeth. I did see you on 02/08/06;to reline the upper denture. You were, then seen by Dr. Haws on 07/26/07 for an additional reline of the dentures.

You came to see me 01/08/09 with the complaint that you were not happy with your dentures and they "fall out." I noted that the palate and the flanges were thick, which can happen with subsequent relines. I attempted a new reline, now the third for this denture, and seated it 01/13/09.

Your next visit was an emergency visit with Dr. Lind on 03/30/09 and he discovered root decay extending between the roots of tooth #30. He extracted the tooth and removed the metal clasps that surrounded #30 so they would not gauge your tissues.

You came back on 04/02/09 to have the lower partial denture adjusted and complained that your upper denture needed "lots of Fixodent" to hold it in place. My observation was that your had very little remaining ridge of bone and that implants would be the only way to really give you the retention needed. The only other option is to make a new denture that conforms to your current ridge structure.

I do understand your frustration, but we at Terry Reilly have duly tried to give you the best care we can. I am willing to write off the cost of the reline performed on 01/08/09 as it did not meet your satisfaction. That is the only fee charge I have added to your account since 02/08/06. You will see that on your next billing statement.

Sincerely,

Dan L. Watt, Dental Director



# TERRY REILLY HEALTH SERVICES
## Serving You With Respect

August 3, 2009

TO WHOM IT MAY CONCERN:

Please allow this letter to stand as verification that Dan L. Watt, DDS, FAGD, is an employee of Terry Reilly Health Services. Dr. Watt has been employed as a dentist and dental director since February 22, 2005. As an employee of Terry Reilly Health Services, Dr. Watt is covered by the Federal Torts Claims Act for professional liability purposes. Should you require further verification of this coverage, please contact the Triton Group, LLC at:

> 265 SW Port S. Lucie, #260
> Port St. Lucie, FL 34984
> (866) 382-2435

If I can be of further assistance, please feel free to contact me at (208) 467-4431.

Sincerely,

*Shannon Blackstock*
Shannon Blackstock
Human Resources Manager

The 4 Judicial District Court, State of Idaho
In and For the County of Canyon
1115 Albany
Caldwell, Idaho  83605

**FILED**
8:00 A.M. _____ P.M.
AUG 0 4 2009
CANYON COUNTY CLERK
E. LEPPERT, DEPUTY

Helen O Freeman        )
       Plaintiff.        )
vs.                    )
                               Case No: CV-2009-0007028-C
Dan L Watt DDS, etal.  )
       Defendant.        )   **NOTICE OF HEARING**
                       )

**NOTICE IS HEREBY GIVEN** that the above-entitled case is hereby set for:

**Small Claim Hearing**    Thursday, September 10, 2009    03:30 PM
Judge:           A. Lynne Krogh
Courtroom assignment to be posted.

*Por favor de avisarnos antes de la fecha de su corte si usted va a necesitar un intepretere en la corte lo mas pronto posible. 454-6679 o 454-7335.*

I hereby certify that the foregoing is a true and correct copy of this Notice of Hearing entered by the Court and on file in this office. I further certify that copies of this Notice were served as follows on this date: 8/4/2009

Dated: Tuesday, August 04, 2009
William H. Hurst
Clerk Of The District Court

By: _____E Leppert_____
Deputy Clerk

Mailed __✓__          Hand Delivered _____

Copy to: Dan L Watt DDS(Defendant)
Copy to: Henry Babichenko(Defendant),
Copy to: Canyon Dental(Defendant),
Copy to: Helen O Freeman(Plaintiff),
    FILE COPY

HEAR05a - Oct 2007